UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA LYNN GILES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1367 |
| | § | |
| CONTINENTAL AIRLINES, ET AL, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

On September 7, 2006, Magistrate Judge Nancy K. Johnson ordered the plaintiff to perfect service of the complaint on the defendants or obtain waiver of service within 30 days. Dkt. 12. The record indicates that, to date, the plaintiff has failed to file proof of service or show good cause for failure to properly serve defendant or obtain a waiver. Additionally, the 120-day time limit for service under Federal Rule of Procedure 4(m) has long since passed. Accordingly, the plaintiff's case is DISMISSED without prejudice.

It is so ORDERED.

Signed at Houston, Texas on October 10, 2006.

_____
Gray H. Miller
United States District Judge